# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

In the Interest of K.M.D. and K.L.D., children.

———————————————

L.F.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-1545

———————————————

April 10, 2024

Appeal from the Circuit Court for Pinellas County; Patrice W. Moore, Judge.

L.F., pro se.

Bruce Bartlett, State Attorney, and Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, and Amanda Victoria Glass, Senior Attorney, Appellate Division, Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.